IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-00529-CMA-NYW

DAVID PENDERY,

    Plaintiff,

v.

WHISPERING PINES METROPOLITAN DISTRICT #1,

    Defendant.

_____  _____

## NOTICE OF SETTLEMENT OR RESOLUTION
_____

Defendant, WHISPERING PINES METROPOLITAN DISTRICT #1, hereby submits this Notice of Settlement or Resolution of Case, and, in support thereof, states as follows:

### CONFERRAL STATEMENT

Counsel for Defendant has conferred with counsel for Plaintiff regarding this notice and relief requested herein and is authorized to state that the same is unopposed.

### NOTICE

1.    Pursuant to the terms of a General Release, currently being drafted, Plaintiff David Pendery has resolved his claims against Defendant, with prejudice. It is anticipated that a Stipulated Motion to Dismiss, with prejudice, will be filed within 14 to 21 days.

2.    As such, Defendant respectfully requests that the Court enter an order staying the proceedings for 30 days pending the filing of the Stipulated Motion to Dismiss.

                                                   Respectfully submitted,

Date:  May 13, 2021                  s/ Gordon L. Vaughan
                                             Gordon L. Vaughan
                                                  VAUGHAN & DeMURO
                                                  111 South Tejon, Suite 545
                                                  Colorado Springs, CO 80903
                                                  (719) 578-5500 (phone)
                                                  (719) 578-5504 (fax)
                                                  gvaughan@vaughandemuro.com (e-mail)
                                      ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

       I hereby certify that on this 13th day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Mark Silverstein**
msilverstein@aclu-co.org

**Sara Neel**
sneel@aclu-co.org

**Arielle K. Herzberg**
aherzberg@aclu-co.org

**Asma Kadri Keeler**
akeeler@aclu-co.org

**Desmonne Bennett**
desmonne.bennett@bclplaw.com

**Adam Stern**
adam.stern@bclplaw.com

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

                                                  s/ Gordon L. Vaughan
                                                  Gordon L. Vaughan