IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 21-cv-00529-CMA-NYW

DAVID PENDERY,

 Plaintiff,

v.

WHISPERING PINES METROPOLITAN DISTRICT # 1,

 Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss Case, With Prejudice (Doc. # 35). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: July 12, 2021

            BY THE COURT:

            _____
            CHRISTINE M. ARGUELLO
            United States District Judge